**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00450-CV**

———————————

**AUDUBON C. STORES, INC. D/B/A MINUTE MART, Appellant**

**V.**

**ENVIRONMENTAL EARTH-WISE, INC., Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 121685-CV**

---

**MEMORANDUM OPINION**

Appellant Audubon C. Stores, Inc. d/b/a Minute Mart filed its notice of appeal

on June 16, 2025.  Appellant did not pay its appellate filing fee or establish indigence

for purposes of appellate costs.  *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T

CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme

Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). The Clerk of this Court notified Appellant that unless it paid the appellate filing fee by August 11, 2025, its appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

We dismiss the appeal for nonpayment of the required fee and for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.